OPINION #  O – 4391  WAS NEVER ISSUED OR

WAS WITHDRAWN.